1014

No. 73–831.   WARDEN, LEWISBURG PENITENTIARY *v.*
MARRERO, 417 U. S. 653.   Petition for rehearing denied.

NOVEMBER 18, 1974

No. 74–155.   DENNIS *v.* OKLAHOMA.   Appeal from
Ct. Crim. App. Okla. dismissed for want of substantial
federal question.

No. 74–341.   WHEELER ET AL. *v.* MONROE ET AL.   Appeal from Sup. Ct. N. M. dismissed for want of substantial federal question.

No. 74–5327.   ROBINOWITZ *v.* SARGENT, GOVERNOR OF
MASSACHUSETTS, ET AL.   Appeal from C. A. 1st Cir. dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for writ of
certiorari, certiorari denied.

No. 74–5372.   THALASINOS *v.* DOLCINO ET AL.   Appeal
from Sup. Ct. N. H. dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a
petition for writ of certiorari, certiorari denied.